Steven J. NISSENBAUM,
Petitioner/Appellant,

v.

Rita A. NISSENBAUM,
Respondent/Respondent.

No. 69638.

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 25, 1997.

Charles P. Todt, Christian A. Stiegemeyer, Clayton, for Petitioner/Appellant.

Daniel R. Sokol, Leigh Joy Carson, St. Louis, for Respondent/Respondent.

Before RHODES RUSSELL, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Steven J. Nissenbaum appeals from a dissolution decree entered by the Circuit Court of St. Louis County.

We affirm the decree of pursuant to Rule 84.16(b) and deny Rita A. Nissenbaum's motion to dismiss. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. A memorandum, solely for the use of the parties involved, has been provided explaining the reasons for our holding.